## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| JEFFREY JEANNOT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 18-1977 |
| PHILADELPHIA HOUSING AUTHORITY, BRANVILLE G. BARD, JR., Chief of Police (in his individual and official capacities), and WILIAM BRITT, Inspector (in his individual and official capacities), | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 2nd day of October, 2018, upon consideration of Defendants Philadelphia Housing Authority, Branville G. Bard, Jr., and Wiliam Britt's ("Defendants") Motion to Dismiss Plaintiff's First Amended Complaint, and Plaintiff Jeffrey Jeannot's ("Jeannot") Response in Opposition, it is hereby **ORDERED** that Defendants' Motion (Doc. No. 11) is **GRANTED**. **IT IS FURTHER ORDERED** that:

1. Jeannot's claim of actual disability discrimination in Counts I and II of the First Amended Complaint is **DISMISSED WITH PREJUDICE**;

2. Jeannot's claim of regarded as disability discrimination in Counts I and II of the First Amended Complaint is **DISMISSED WITHOUT PREJUDICE**;

3. Count III of the First Amended Complaint is **DISMISSED WITH PREJUDICE**;

4. Count IV of the First Amended Complaint is **DISMISSED WITHOUT PREJUDICE**; and

5. Jeannot may file a Second Amended Complaint within **TEN DAYS** of the date of this Order. Failure to do so will result in the First Amended Complaint being **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE